IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY LEE CROOK,

    Petitioner,

v.                                         CASE NO. 4:16cv33-RH/CAS

SUPREME COURT OF THE
UNITED STATES,

    Respondent.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Southern District of Florida.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on March 22, 2016.

                                                s/Robert L. Hinkle
                                                United States District Judge